UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH FINLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | ) Case No.: 1:16-cv-0272 - JLT<br>)<br>) ORDER DISCHARGING THE ORDER TO SHOW<br>) CAUSE DATED NOVEMBER 1, 2016<br>)<br>) (Doc. 14)<br>)<br>)<br>)<br>) |

　　On November 1, 2016, the Court ordered Defendant to show cause in writing why sanctions should not be imposed for failure to comply with the Court's order, or in the alternative, "to serve a response to Plaintiff's confidential letter brief and file proof of service with the Court." (Doc. 14 at 1) On November 15, 2016, Defendant timely filed a proof of service, indicating Plaintiff was served with the Commissioner's responsive brief. (Doc. 15) Thus, the order to show cause dated November 1, 2016 is **DISCHARGED**.

IT IS SO ORDERED.

　Dated:　**November 21, 2016**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE