UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH FINLEY,<br><br>      Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:16-cv-00272 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF WILLIAM JOSEPH FINLEY AND AGAINST DEFENDANT, CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY |

    William Joseph Finley initiated this action seeking judicial review of the administrative decision denying his application for Social Security benefits pursuant to 42 U.S.C. 405(g). On December 2, 2016, Plaintiff and Defendant Carolyn W. Colvin, Acting Commissioner Social Security, stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings. (Doc. 17)

    The parties seek remand to have an administrative law judge to hold a new hearing and issue a decision. (Doc. 17 at 1) Specifically, the parties want the ALJ "to reconsider and explain the weight given to the VA disability rating," further develop the record, "and attempt to obtain any missing medical records." (*Id.* at 2) Further, the parties noted the matter was to be remanded under sentence four of 42 U.S.C. § 405(g), and request final judgment be entered in favor of the plaintiff. (*Id.* at 1)

///

///

1 | Based upon the stipulation of the parties, the Court **ORDERS**:
2 | 1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
3 | 2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff William Joseph Finley and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **December 2, 2016**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE